NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1439, -1440

SEIKO EPSON CORPORATION,

Plaintiff/Counterclaim Defendant-
Appellant,

and

EPSON RESEARCH AND DEVELOPMENT, INC.
and EPSON AMERICA, INC.,

Counterclaim Defendants-Appellees,

v.

CORETRONIC CORPORATION,

Defendant/Counterclaimant-
Cross Appellant,

and

OPTOMA TECHNOLOGY, INC.,

Defendant-Appellee.

Appeals from the United States District Court for the Northern District of California
in 06-CV-6946, Judge Marilyn H. Patel

ON MOTION

O R D E R

Seiko Epson Corporation (Seiko) and Epson Research and Development, Inc.
and Epson America, Inc. (the Epson parties) move to reform the caption and for the
court to accept entries of appearances.

Because the case involves an appellant, cross-appellant, and various appellees, the courts sets forth a special briefing schedule below.

Upon consideration thereof,

IT IS ORDERED THAT:

(1)     The motions are granted. The revised official caption is reflected above.

(2)     Because Coretronic Corporation and Optoma Technology, Inc. are represented by the same counsel, they must file a combined brief when responding to the opening brief of Seiko. That combined brief is due within 40 days of service of Seiko's opening brief.

(3)     Because Seiko and the Epson parties are represented by the same counsel, they must file a combined brief when Seiko and the Epson parties respond to the combined brief filed by Coretronic and Optoma. That combined brief is due within 40 days of service of Coretronic's and Optoma's combined brief.

(4)     Coretronic's reply brief is due within 14 days of service of Seiko's and the Epson parties' combined brief.

FOR THE COURT

AUG 1 8 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:     William J. Utermohlen, Esq.
        Madison C. Jellins, Esq.

s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 1 8 2009

JAN HORBALY
CLERK

2009-1439, -1440                    - 2 -